**Order entered September 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00510-CV

### PAULA PORTER, Appellant

### V.

### BRENDA KAY VRLA, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01135-C**

## ORDER

The reporter's record in this case is overdue. By postcard dated June 22, 2016, we notified the official court reporter for the 296th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. Thereafter by order dated July 29, 2016, we ordered Court Reporter Janet Wright to file either (1) the reporter's record; or (2) written verification no hearings were recorded. That order listed the trial court cause number as CC-16-0113-C rather than CC-16-01135-C.

Therefore, we again **ORDER** Court Reporter Janet Wright, to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification no hearings were recorded. *We notify appellant that if we receive verification the reporter's record has not been*

*requested, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P.

37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:


Janet Wright
Official Court Reporter,
County Court at Law No. 3

All parties


                                          /s/      ELIZABETH LANG-MIERS
                                                   JUSTICE